**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

OPEN ACCESS FOR ALL, INC., and
ANDRES GOMEZ,

    Plaintiff,

CASE NO. 1:18-cv-21429-RNS

v.

SAFEGUARD OPERATIONS LLC d/b/a
Safeguard Self Storage,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant Safeguard Operations LLC d/b/a Safeguard Self Storage, by and through its undersigned counsel, hereby gives the Court notice that Plaintiffs, Open Access For All, Inc. and Andres Gomez, have reached a settlement in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

    Dated this 22nd day of May, 2018.

                      Respectfully submitted,

                      */s/ Beth S. Joseph*
                      Anne Marie Estevez
                        Florida Bar No. 991694
                        Email: annemarie.estevez@morganlewis.com
                      Beth S. Joseph
                        Florida Bar No. 00062952
                        Email:  beth.joseph@morganlewis.com
                      Morgan, Lewis & Bockius LLP
                      200 South Biscayne Boulevard, Suite 5300
                      Miami, FL 33131-2339
                      Telephone: 305.415.3330
                      Facsimile: 877.432.9652

                *Counsel for Defendant*

## CERTIFICATE OF ELECTRONIC FILING AND SERVICE

I hereby certify that on May 22, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

## SERVICE LIST

*Open Access for All, Inc. and Andres Gomez v. Safeguard Operations LLC d/b/a Safeguard Self Storage*
**Case No. 1:18-cv-21429-RNS**
**United States District Court for the Southern District of Florida**

Scott R. Dinin, Esq.
Scott R. Dinin, P.A.
4200 NW 7th Avenue
Miami, Florida  33127
Tel:  786.431.1333
inbox@dininlaw.com

*Counsel for Plaintiff*

                                                  */s/ Beth S. Joseph*
                                                  Beth S. Joseph

DB1/ 97414354.1